UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN M. OHAN, et al.,<br><br>    Defendants. | Case No. 3:21-cv-08286-WHO<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 33 |

In light of plaintiff's notice that his ADA claim is now moot, and consistent with plaintiff's notice at Dkt. No. 33, the ADA claim is dismissed as moot. I decline to exercise supplemental jurisdiction over the remaining state law claims. This case is DISMISSED.

**IT IS SO ORDERED.**

Dated: March 9, 2023



William H. Orrick
United States District Judge